■ LOUIS R. MORANDI, P. C., v CHARTER MANAGEMENT CO.—Motion granted to extent of amending this court's order entered on March 29, 1990 (159 AD2d 422) by adding, as a final sentence to its decretal paragraph, the following: "The

cler k is directed to enter judgment in the amount of $39,112 as of May 31, 1988, plus interest thereafter at the annual rate of 9% (CPLR 5004)." Concur—Ross, J. P., Milonas, Wallach and Rubin, JJ.